IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHRISTOPHER NORRIS NOLAN,

   Petitioner,

     v.

J. A. KELLER
Warden, U.S.P. Atlanta,

   Respondent.

CIVIL ACTION FILE
NO. 1:10-CV-3490-TWT

## ORDER

This is a pro se Petition for a writ of habeas corpus. It is before Court on the Report and Recommendation [Doc. 5] of the Magistrate Judge recommending dismissing the action without prejudice for failure to comply with a lawful order of the Court. I approve and adopt the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice.

   SO ORDERED, this 3 day of February, 2011.

                                   /s/Thomas W. Thrash
                                   THOMAS W. THRASH, JR.
                                   United States District Judge

T:\ORDERS\10\Nolan\r&r.wpd