IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHRISTOPHER NORRIS NOLAN,

   Petitioner,

     v.

J. A. Keller
Warden, U.S.P. Atlanta,

   Respondent.

CIVIL ACTION FILE
NO. 1:10-CV-3490-TWT

## ORDER

This is a pro se Petition for a writ of habeas corpus. It is before Court on the Report and Recommendation [Doc. 11] of the Magistrate Judge recommending dismissing the Petition based upon the Petitioner's appeal waiver. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 31 day of May, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\10\Nolan\r&r2.wpd